IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

PLAINTIFF(S)

v.            Civil No.

DEFENDANT(S)

CLERK'S ORDER OF DISMISSAL

The plaintiff herein, having filed his Notice of Dismissal pursuant to Rule 41(a), Fed.R.Civ.P.,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed prejudice.

Dated:

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


By:_____
                    Deputy Clerk